UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TREVOR RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00174-RLY-MJD |
| ) | |
| MONROE COUNTY SHERIFF, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the parties' Agreed Motion to Modify the Parties' Requirement to Move to Dismiss Case and Agreement to Extend Private Settlement for 90 Days, [Dkt. 99]. The motion is **GRANTED**. The parties shall move for dismissal of this case on or before **April 15, 2026**.

SO ORDERED.

Dated: 12 JAN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.